# United States Bankruptcy Court
## Southern District of Florida

In re   **Flocar Investment Group**                                             Case No.
                                    Debtor(s)                                   Chapter   **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Flocar Investment Group**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 22, 2016**                             **/s/ David C Rubin**
Date                                              **David C Rubin 630314**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Flocar Investment Group**
                                                  **David C Rubin PA**
                                                  **6800 SW 40 St #352**
                                                  **Miami, FL 33155**
                                                  **305 804 1898**
                                                  **david3051@aol.com**